# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of September, two thousand and seventeen.

Before:      Ralph K. Winter,
              *Circuit Judge.*

_____

United States of America,

    Appellee - Cross- Appellant,

v.

Pablo Calderon, Brett C. Lillemoe,

    Defendants - Appellants - Cross-Appellees.

_____

**ORDER**

Docket Nos. 17-1956(L)
             17-1969(Con)
             17-2275(XAP)
             17-2844(Con)
             17-2866(Con)

Appellants move for the consolidation of briefing and request that the Court approve the following proposed briefing deadlines: Appellants' principal briefs due January 9, 2018, and the Government's principal and response brief due May 9, 2018. The Government consents to the relief requested.

IT IS HEREBY ORDERED that the motion is GRANTED. Appellants' principal briefs are due January 9, 2018, and the Government's principal and response brief is due May 9, 2018. Any response and reply briefs by Appellants must be filed on or before July 9, 2018.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court